UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL BENEDICT, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a Foreign Corporation; DOES I-V; and ROE CORPORATIONS VI-X, inclusive,,<br><br>Defendants. | Case No. 2:21-cv-00245-RFB-NJK<br><br>**ORDER REGARDING DEADLINE TO FILE ANSWER TO PLAINTIFF'S COMPLAINT (ECF No. 1-1)** |

Plaintiff MICHAEL BENEDICT ("Plaintiff"), by and through his counsel of record, and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through its counsel of record (collectively, the "Parties"), hereby stipulate and agree that the current deadline of February 19, 2021 for Defendant to file its Answer to Plaintiff's Complaint (ECF No. 1-1) is to be extended to and including February 26, 2021.  This stipulation arises out of the Parties' agreement to provide Defendant time to receive and review the claim file pertaining to the subject accident and underinsured motorist ("UIM") claim so that State Farm may respond to the allegations in Plaintiff's Complaint.

1    This is the first request to extend the deadline for Defendant's Answer, and the Parties do
2    not intend by it to delay these proceedings.

4    DATED this 17th day of February 2021.    DATED this 17th day of February 2021.

5    LEWIS BRISBOIS BISGAARD & SMITH LLP    DRUMMOND LAW FIRM, P.C.

6    /s/ CHERYL A. GRAMES    /s/ CRAIG W. DRUMMOND
     ROBERT W. FREEMAN    CRAIG W. DRUMMOND
7    Nevada Bar No. 3062    Nevada Bar No. 11109
     CHERYL A. GRAMES    LIBERTY A. RINGOR
8    Nevada Bar No. 12752    Nevada Bar No. 14417
     TARA U. TEEGARDEN    10 S. Casino Center Blvd., Suite 101
9    Nevada Bar No. 15344    Las Vegas, Nevada 89101
     6385 S. Rainbow Boulevard, Suite 600    *Attorneys for Plaintiff Michael Benedict*
10   Las Vegas, Nevada 89118
     *Attorneys for Defendant State Farm Mutual*
11   *Automobile Insurance Company*

### ORDER

**IT IS SO ORDERED.**

Dated: February 18, 2021

_____
United States Magistrate Judge

2