UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL BENEDICT, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a Foreign Corporation; DOES I-V; and ROE CORPORATIONS VI-X, inclusive,<br><br>Defendants. | Case No. 2:21-cv-00245-RFB-NJK<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO COMPEL [FIRST REQUEST]** |

DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through its counsel of record, the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP, and PLAINTIFF MICHAEL BENEDICT ("Plaintiff"), by and through his counsel of record, DRUMMOND LAW FIRM, P.C., hereby stipulate and agree that the time for Defendant to file its Response to Plaintiff's Motion to Compel be extended as set forth herein. Defendant State Farm's Response is currently due June 30, 2021. The parties hereby stipulate that the due date for Defendant's Response be extended to July 6, 2021.

**Reason for Extension**

Defendant requires additional time to develop its arguments fully before filing its briefing, and is finalizing supplemental discovery responses. This stipulation is made in good faith and not

for the purpose of delay.

This is the first extension of time requested for filing Defendant's Response to Plaintiff's Motion to Compel.

| | |
|---|---|
| DATED this 29th day of June, 2021. | DATED this 29th day of June, 2021. |
| LEWIS BRISBOIS BISGAARD & SMITH | DRUMMOND LAW FIRM, P.C. |
| */s/ Cheryl A. Grames* | */s/ Craig W. Drummond* |
| ROBERT W. FREEMAN<br>Nevada Bar No. 3062<br>CHERYL A. GRAMES<br>Nevada Bar No. 12752<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendant* | Craig W. Drummond, Esq.<br>Nevada Bar No. 11109<br>Liberty A. Ringor, Esq.<br>Nevada Bar No. 14417<br>810 S. Casino Center Blvd., Suite 101<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED.

Dated: June 30, 2021

_____
U.S. MAGISTRATE JUDGE