1  ROBERT W. FREEMAN
   Nevada Bar No. 3062
2  Robert.Freeman@lewisbrisbois.com
   CHERYL A. GRAMES
3  Nevada Bar No. 12752
   Cheryl.Grames@lewisbrisbois.com
4  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   Telephone: 702.893.3383
6  Facsimile: 702.893.3789
   *Attorneys for State Farm Mutual Automobile*
7  *Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL BENEDICT, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a Foreign Corporation; DOES I-V; and ROE CORPORATIONS VI-X, inclusive,<br><br>Defendants. | Case No. 2:21-cv-00245-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE DEFENDANT'S RESPONSE TO PLAINTIFF'S RENEWED MOTION TO COMPEL DISCOVERY RESPONSES (ECF NO. 29)**<br><br>**FIRST REQUEST** |

Pursuant to LR 6-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline to file Defendant's Response to Plaintiff's Renewed Motion to Compel Discovery Responses (ECF No. 29) in the above-captioned case nine (9) days, up to and including Wednesday, December 1, 2021.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Defendant requires additional time to prepare its Response to address the specific requests in dispute as well as address the additional arguments Plaintiff's Motion raises.

WHEREFORE, the parties respectfully request that this Court extend the time for the Defendant to file its response to Plaintiff's Renewed Motion to Compel Discovery Responses by nine (9) days from the current deadline of November 22, 2021 up to and including December 1,

4867-3115-9044.1

2021. Pursuant to Fed. R. Civ. P. 27(a)(3)(B)(4), any reply to the response must be filed within 7 days after service of the response.

DATED this 18th day of November, 2021.   DATED this 18th day of November, 2021.

LEWIS BRISBOIS BISGAARD & SMITH   DRUMMOND LAW FIRM, P.C.

/s/  Cheryl A. Grames                               /s/  Craig W. Drummond
Robert W. Freeman                                Craig W. Drummond, Esq.
Nevada Bar No. 3062                              Nevada Bar No. 11109
Cheryl A. Grames                                 Liberty A. Ringor, Esq.
Nevada Bar No. 12752                             Nevada Bar No. 14417
6385 S. Rainbow Boulevard, Suite 600             810 S. Casino Center Blvd., Suite 101
Las Vegas, Nevada 89118                          Las Vegas, Nevada 89101
*Attorneys for State Farm Mutual Automobile Insurance Company*   *Attorneys for Plaintiff Michael Benedict*

## ORDER

**IT IS SO ORDERED:**

Dated:  November 19, 2021

_____
UNITED STATES MAGISTRATE JUDGE

4867-3115-9044.1                                 2