**DRUMMOND LAW FIRM, P.C.**
Craig W. Drummond, Esq.
Nevada Bar No. 11109
Liberty A. Ringor, Esq.
Nevada Bar No. 14417
810 S. Casino Center Blvd., Suite 101
Las Vegas, Nevada 89101
T: (702) 366-9966
F: (702) 508-9440
Craig@DrummondFirm.com
Liberty@DrummondFirm.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL BENEDICT, an individual; | Case No.: 2:21-cv-00245-RFB-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S RENEWED MOTION TO COMPEL (FIRST REQUEST)** |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a Foreign Corporation; DOES I-V; and ROE CORPORATIONS VI-X, inclusive, | |
| Defendants. | |

COMES NOW, Plaintiff, MICHAEL BENEDICT, by and through his attorneys of record CRAIG W. DRUMMOND, ESQ. and LIBERTY A. RINGOR, ESQ. of the DRUMMOND LAW FIRM, P.C., and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through their attorney of record, CHERYL A. GRAMES, ESQ., hereby stipulate and agree that the time for Plaintiff to file his Reply to Defendant State Farm's Response to Plaintiff's Renewed Motion to Compel be extended as set forth herein. Plaintiff's Reply is currently due on December 8, 2021. The parties hereby stipulate that the new due date for Plaintiff's Reply be extended to December 10, 2021.

**Reason for Extension**

Plaintiff requires additional time to develop his arguments before filing his Reply. Further, Plaintiff requires additional time to review Defendant's response. This stipulation is made in good faith and not for the purpose of delay.

This is the first extension of time requested for filing Plaintiff's Reply to Defendant State Farm's Response to Plaintiff's Renewed Motion to Compel.

DATED this __8th__ day of December, 2021.          DATED this __8th__ day of December, 2021.

DRUMMOND LAW FIRM, P.C.                            LEWIS BRISBOIS BISGAARD & SMITH

By: /s/ Craig W. Drummond, Esq.                    By: /s/ Cheryl A. Grames, Esq.
Craig W. Drummond, Esq.                            Robert W. Freeman, Esq.
Nevada Bar No. 11109                               Nevada Bar No. 3062
Liberty A. Ringor, Esq.                            Cheryl A. Grames, Esq.
Nevada Bar No. 14417                               Nevada Bar No. 12752
810 S. Casino Center Blvd., Suite 101              6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89101                                Las Vegas, NV 89118
*Attorneys for Plaintiff*                          *Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

DATED this __9th__ day of December, 2021.

_____
U.S. MAGISTRATE JUDGE