1  DENNIS M. PRINCE
   Nevada Bar No. 5092
2  KEVIN T. STRONG
   Nevada Bar No. 12107
3  **PRINCE LAW GROUP**
   10801 W. Charleston Boulevard
4  Suite 560
   Las Vegas, Nevada 89135
5  Tel: (702) 534-7600
   Fax: (702) 534-7601
6  Email: eservice@thedplg.com
   -And-
7  CRAIG W. DRUMMOND
   Nevada Bar No. 11109
8  LIBERTY A. RINGOR
   Nevada Bar No. 14417
9  **DRUMMOND LAW FIRM**
   810 S. Casino Center Blvd.
10 Suite 101
   Las Vegas, NV 89101
11 Tel: (702) 366-9966
   Email: craig@drummondfirm.com
12 Email: liberty@drummondfirm.com
   Attorneys for Plaintiff
13 *Michael Benedict*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL BENEDICT, an individual, | CASE NO.: 2:21-cv-00245-RFB-NJK |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE FOR PLAINTIFF MICHAEL BENEDICT TO FILE HIS RESPONSE TO DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT (ECF No. 53)** |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a Foreign Corporation; DOES I-V; and ROE CORPORATIONS VI-X, | |
| Defendants. | **(Second Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff MICHAEL BENEDICT, through his counsel of record, Dennis M. Prince and Kevin T. Strong of PRINCE LAW GROUP and Craig W. Drummond and Liberty A. Ringor of



DRUMMOND LAW FIRM; and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, through its counsel of record, Robert W. Freeman and Cheryl A. Grames of LEWIS BRISBOIS BISGAARD & SMITH LLP, that the deadline for Plaintiff to file his Response to Defendant State Farm Mutual Automobile Insurance Company's Motion for Partial Summary Judgment as to Plaintiff's Second, Third, Fourth, Fifth, and Sixth Causes of Action, currently scheduled for Monday, November 28, 2022, based on the parties' pending Stipulation and Order, filed October 18, 2022, shall be extended by twenty-two (22) days to Tuesday, December 20, 2022.[1] Defendant filed its Motion for Partial Summary Judgment on October 7, 2022. This is the parties' second request for extension of time. The parties hereby submit their Stipulation and [Proposed] Order in accordance with LR IA 6-1.

The parties respectfully request an additional extension of time due to extenuating circumstances. The parties originally stipulated to allow Plaintiff an extension of time to file his Response to the pending motion for partial summary judgment to accommodate a mediation that the parties scheduled for November 9, 2022 before the Honorable Justice Abbi Silver (Ret.). Unfortunately, the mediation was unable to proceed in a meaningful way due to logistical issues with the State Farm attendee. As a result, the parties rescheduled the mediation for December 6, 2022. Additionally, a miscommunication arose between Plaintiffs' respective counsels regarding the preparation of Plaintiff's Response to Defendant's Motion for Partial Summary Judgment. As a result, Defendant has agreed to allow Plaintiff additional time to prepare his Response. The parties' requested extension of time will ensure that both parties properly address the issues pending before this Court should this matter not resolve by way of the December 6, 2022 mediation.

. . .
. . .
. . .

---

[1] The parties' first stipulation and order to extend the deadline for Plaintiff to file his Response to Defendant's Motion for Partial Summary Judgment, filed on October 18, 2022, remains pending approval. (ECF No. 55).



To effectuate the purpose of the original stipulation and order submitted, the parties respectfully request this Court to approve the foregoing stipulation. The parties' requested extension is not made in bad faith or to cause any unnecessary delay.

DATED this 28th day of November, 2022.          DATED this 28th day of November, 2022.

**PRINCE LAW GROUP**                             **LEWIS BRISBOIS BISGAARD & SMITH LLP**


*/s/ Kevin T. Strong*                            */s/ Cheryl A. Grames*
DENNIS M. PRINCE                                 ROBERT W. FREEMAN
Nevada Bar No. 5092                              Nevada Bar No. 3062
KEVIN T. STRONG                                  CHERYL A. GRAMES
Nevada Bar No. 12107                             Nevada Bar No. 12752
10801 W. Charleston Boulevard                    6385 S. Rainbow Boulevard
Suite 560                                        Suite 600
Las Vegas, Nevada 89135                          Las Vegas, Nevada 89118
Tel: (702) 534-7600                              Tel: (702) 893-3383
Fax: (702) 534-7600                              Fax: (702) 893-3789
Email: eservice@thedplg.com                      Attorneys for Defendant
-AND-                                            *State Farm Mutual Automobile Insurance Company*
CRAIG W. DRUMMOND
Nevada Bar No. 11109
LIBERTY A. RINGOR
Nevada Bar No. 14417
**DRUMMOND LAW FIRM**
810 S. Casino Center Blvd.
Suite 101
Las Vegas, NV 89101
Tel: (702) 366-9966
Attorneys for Plaintiff
*Michael Benedict*

## ORDER

**IT IS SO ORDERED:**  [55] Stipulation for Extension of time is denied as moot.

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 29th day of November, 2022.



3

# CERTIFICATE OF SERVICE

Pursuant to LR 5-1 and FRCP 5(b), I hereby certify that I am an employee of **PRINCE LAW GROUP** and that on the 28th day of November, 2022, I electronically filed the foregoing document entitled **STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE FOR PLAINTIFF MICHAEL BENEDICT TO FILE HIS RESPONSE TO DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT (ECF No. 53) (Second Request)** with the Clerk of the Court using the CM/ECF system, which sent a notice of electronic filing to the following:

Robert W. Freeman
Cheryl A. Grames
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Boulevard
Suite 600
Las Vegas, Nevada 89118
Tel:  (702) 893-3383
Fax: (702) 893-3789
Attorneys for Defendant
*State Farm Mutual Automobile*
*Insurance Company*

                                           */s/ Kevin T. Strong*
                                           An Employee of Prince Law Group


10801 W. Charleston Blvd.
Suite 560
Las Vegas, NV 89135