1  ROBERT W. FREEMAN
   Nevada Bar No. 3062
2  Robert.Freeman@lewisbrisbois.com
   LEWIS BRISBOIS BISGAARD & SMITH LLP
3  6385 S. Rainbow Boulevard, Suite 600
   Las Vegas, Nevada 89118
4  Telephone: 702.893.3383
   Facsimile:  702.893.3789
5  *Attorneys for State Farm Mutual Automobile*
   *Insurance Company*
6
                    UNITED STATES DISTRICT COURT
7
                DISTRICT OF NEVADA, SOUTHERN DIVISION
8

9  MICHAEL BENEDICT, an individual;          Case No. 2:21-cv-00245-RFB-NJK
10                Plaintiff,
11        vs.                                 **STIPULATION AND ORDER FOR**
                                              **DISMISSAL WITH PREJUDICE**
12 STATE FARM MUTUAL AUTOMOBILE
   INSURANCE COMPANY, a Foreign
13 Corporation; DOES I-V; and ROE
   CORPORATIONS VI-X, inclusive,
14
15                Defendants.
16
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

91182913.1

1    IT IS HEREBY STIPULATED and AGREED between Plaintiff MICHAEL BENEDICT

2 ("Plaintiff"), by and through his counsel, DRUMMOND LAW FIRM, and Defendant STATE

3 FARM FIRE AND CASUALTY COMPANY ("Defendant"), by and through its counsel, LEWIS

4 BRISBOIS BISGAARD & SMITH LLP, that all of Plaintiff's claims and causes of action against

5 Defendant in the above-entitled action shall be dismissed, with prejudice, each party to bear their

6 own attorney's fees and costs.

7    DATED this 14th day of March 2023.     DATED this 14th day of March 2023.

8    LEWIS BRISBOIS BISGAARD & SMITH LLP     DRUMMOND LAW FIRM, P.C.

9    /s/ Robert W. Freeman                  /s/

10   Robert W. Freeman                       Craig W. Drummond, Esq.
     Nevada Bar No. 3062                     Nevada Bar No. 11109
11   6385 S. Rainbow Boulevard, Suite 600    Liberty A. Ringor, Esq.
     Las Vegas, Nevada 89118                 Nevada Bar No. 14417
12   *Attorneys for State Farm Mutual Automobile*  3325 W. Sahara Avenue
     *Insurance Company*                      Las Vegas, Nevada 89102
13                                            *Attorneys for Plaintiff Michael Benedict*

14                              **ORDER**

15   **IT IS SO ORDERED:**

16

17   Dated this 16th day of March 2023.

18

19

20   RICHARD F. BOULWARE, II
     UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

91182913.1                            2